UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WOODMAN,<br><br>           Plaintiff,<br><br>   v.<br><br>C. SHOAF, et. al.,<br><br>           Defendant. | CV F- 06-0817 AWI DLB P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on June 27, 2006. On April 12, 2007, the court recommended that the complaint be dismissed for failure to exhaust administrative remedies. On May 7, 2007, plaintiff filed objections to the recommendation explaining that he had exhausted his administrative remedies and requesting leave to file an amended complaint so indicating.

    Good cause appearing, plaintiff's request is granted. The Findings and Recommendations filed April 12, 2007 are HEREBY VACATED. Plaintiff is granted 30 days in which to file an amended complaint.

    IT IS SO ORDERED.

    Dated:   July 10, 2007              /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE