# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WOODMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CHUCK SHOAF,<br><br>            Defendant.<br>_____/ | CASE NO. 1:06-cv-00817-AWI DLB PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff John Woodman("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 27, 2006. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendant Shoaf for use of excessive force in violation of the Eighth Amendment, based on the events that occurred on May 20, 2005.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

///

///

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claims against defendants Avila, Greene, Tyner, Tate and Sullivan be be dismissed for failure to state a claim upon which relief may be granted under section 1983.

1

1.     Service is appropriate for the following defendant:

         CHUCK SHOAF

2.     The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed August 16, 2007.

3.     Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Two (2) copies of the endorsed first amended complaint filed August 16, 2007.

4.     Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:    **June 16, 2008**            **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE