# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WOODMAN, | CASE NO.: 1:06-cv-00817-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING DEFENDANTS AVILA, GREENE, TYNER, TATE AND SULLIVAN FROM ACTION |
| v. | |
| C. SHOAF, et. al., | |
| Defendants. | (Doc. 19, 20) |

Plaintiff John Woodman ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 17, 2008, is adopted in full;
2. Defendants Avila, Greene, Tyner, Tate and Sullivan are dismissed from this action for plaintiff's failure to state a claim upon which relief may be granted under section 1983;
3. This action shall proceed only against defendant Shoaf on plaintiff's Eighth Amendment claims.; and
4. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   August 2, 2008**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE