IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WOODMAN, ) | |
| ) | Case No. 1:06-CV-817-BLW-LMB |
| Plaintiff, ) | |
| ) | **ORDER ADOPTING** |
| v. ) | **REPORT AND** |
| ) | **RECOMMENDATION** |
| CHUCK SHOAF, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge on April 22, 2009. (Docket No. 43.) The time period for objections has passed, and no objection has been filed. The only claims remaining in this case are Eighth Amendment claims against Defendant Chuck Shoaf. The Report recommends that Defendant's Motion to Dismiss (Docket No. 32) be granted in part as to the official capacity claims and be denied as to Plaintiff's personal capacity claims and Defendant's statute of limitations defense. Having reviewed the Report and Recommendation, as well as the record in this case, the Court agrees with the Magistrate Judge's analysis and conclusion and shall enter an Order adopting the Report and Recommendation in full.

**Order Adopting Report and Recommendation - 1**

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED:

A.  Defendant's Motion to Dismiss (Docket No. 32) is GRANTED in part as to the official capacity claims and DENIED in part as to Plaintiff's personal capacity claims and Defendant's statute of limitations defense.

B.  The parties shall adhere to the following pretrial schedule:

   1.  **Completion of Discovery**: All discovery shall be completed on or before **September 30, 2009.** Discovery requests must be made far enough in advance to allow completion of the discovery in accordance with the applicable federal rules prior to this discovery cut-off date. Discovery is exchanged between parties, not filed with the Court. The Court is not involved in discovery unless the parties are unable to work out their differences between themselves as to whether the discovery responses are appropriate.

   2.  **Depositions**: Depositions, if any, shall be completed on or before **September 30, 2009.** If Defendant wishes to take the deposition of Plaintiff or other witnesses who are incarcerated,

leave to do so is hereby granted. Any such depositions shall be preceded by ten (10) days' written notice to all parties and deponents. The parties and counsel shall be professional and courteous to one another during the depositions. The court reporter, who is not a representative of Defendant, will be present to record all of the words spoken by Plaintiff (or other deponent), counsel, and any other persons at the deposition. If Plaintiff (or another deponent) wishes to ensure that the court reporter did not make mistakes in transcribing the deposition into a written form, then he can request the opportunity to read and sign the deposition, noting any discrepancies between what is transcribed and what he believes he said. If Plaintiff wishes to take depositions, he must file a motion requesting permission to do so, specifically showing his ability to comply with the applicable Federal Rules of Civil Procedure by providing the names of the proposed persons to be deposed, the name and address of the court reporter who will take the deposition, the estimated cost for the court reporter's time and the recording, and the source of funds for payment of the cost.

**Order Adopting Report and Recommendation - 3**

3. **Dispositive Motions**: All motions for summary judgment and other potentially dispositive motions shall be filed with accompanying briefs on or before **November 30, 2009.** Responsive briefs to such motions shall be filed within thirty (30) days after service of motions. Reply briefs, if any, shall be filed within fourteen (14) days after service of responses. Neither party shall file supplemental responses, replies, affidavits, or other filings not authorized by the Local Rules without prior leave of Court. No motion or memorandum, typed or handwritten, shall exceed 20 pages in length.

DATED: **June 23, 2009**



_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 4**