IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN WOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHUCK SHOAF,<br><br>    Defendant.<br>_____ | Case No. 1:06-CV-00817-BLW-LMB<br><br>**ORDER** |

A deadline of February 19, 2010, was set in this case for Plaintiff to file a response to the pending dispositive motions. (Docket No. 63.) Plaintiff, a former inmate who has been released from prison, has failed to file anything further in this case, and his mail has been returned to the Court by the United States Postal Service as undeliverable. Because it appears that Plaintiff is no longer interested in pursuing this case, it shall be dismissed.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Case is DISMISSED.

IT IS FURTHER HEREBY ORDERED as follows:

**Order- 1**

A.  Defendant's Motion for Summary Judgment (Docket No. 58) is DENIED as MOOT.

B.  Defendant's Amended Motion for Summary Judgment (Docket No. 59) is DENIED as MOOT.

C.  Defendant's Motion to Dismiss (Docket No. 57) is DENIED as MOOT.

D.  Defendant's Amended Motion to Dismiss (Docket No. 60) is DENIED as MOOT.

E.  Plaintiff's Motion for Continuance (Docket No. 61) is GRANTED in part and DENIED in part, insofar as Plaintiff requested a continuance through February 20, 2010 (Saturday), and a continuance was granted by the Order at Docket No. 63 through February 19, 2010 (Friday).  Plaintiff, however, failed, to file any response to the pending motions on February 19, 2010.

DATED:  **March 15, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge