IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN WOODMAN, ) | |
| ) | Case No. 1:06-CV-00817-BLW-LMB |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| CHUCK SHOAF, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court previously entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED.

DATED: **March 15, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**