IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN WOODMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHUCK SHOAF,<br><br>　　　　　　Defendants. | Case No. 1:06-cv-00817-BLW-LMB<br><br>**ORDER** |

　　　　Previously in this case, Plaintiff was provided with additional time to respond to the outstanding Motion for Summary Judgment and Amended Motion to Dismiss. When he did not respond, his case was dismissed. Plaintiff has filed several post-judgment motions, all of which request that the Court reconsider appointing counsel for Plaintiff. Plaintiff has not addressed Defendants' Motion to Dismiss, which sought dismissal based on Plaintiff's failure to comply with discovery requests.

　　　　The Court concludes that, while Plaintiff takes various medications for mental illness and/or personality disorders, it appears that he is stabilized on the medications. His arguments are articulate when compared to prisoners in general. Plaintiff failed to take any action to prosecute this case during the time period when he was released from prison

ORDER  1

earlier in this case, and, after a brief period of re-incarceration, it appears that he was no longer incarcerated as of April 2010. Finally, Plaintiff's case is not particularly difficult such that appointment of counsel is necessary. Accordingly, Plaintiff's motions shall be denied.

## ORDER

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motions for Reconsideration (Dkt. 70 & Dkt. 72) are DENIED;

2. Plaintiff's Motion to Alter or Amend Judgment (Dkt. 73) is DENIED; and

3. Plaintiff's Motion for Appointment of Counsel (Dkt. 74) is DENIED.

DATED: **September 24, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge